**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**RICHARD COURTNEY,** *Special Needs* **PLAINTIFFS**
*Trust for Adrianna Slaughter***,**
**AND SHEILA IVY**

**V.** **NO. 1:13-CV-33-DMB-JMV**

**STATE FARM FIRE AND CASUALTY COMPANY** **DEFENDANT**

### ORDER GRANTING JOINT MOTION OF DISMISSAL

On April 6, 2015, the parties filed a Joint Motion of Dismissal seeking the dismissal of all claims with prejudice due to the resolution of their disputes. Doc. #54. Upon consideration, the motion [54] is **GRANTED**. A final judgment dismissing all claims with prejudice will be entered accordingly.

**SO ORDERED**, this 21st day of April, 2015.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**