IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**RICHARD COURTNEY,** *Special Needs Trust for Adrianna Slaughter*, **AND SHEILA IVY**                               **PLAINTIFFS**

**V.**                                           **NO. 1:13-CV-33-DMB-JMV**

**STATE FARM FIRE AND CASUALTY COMPANY**                     **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Order [55] granting the parties' Joint Motion of Dismissal, this matter is fully and finally **DISMISSED with prejudice**, with each party to bear its own costs.

**SO ORDERED AND ADJUDGED**, this 21st day of April, 2015.

/s/ **Debra M. Brown**
**UNITED STATES DISTRICT JUDGE**